**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                    January 9, 2007
Courtroom Deputy:   J. Chris Smith
FTR Technician:       Kathy Terasaki

_____

Civil Action No. 04-cv-02652-RPM

| | |
|---|---|
| THE ORIGINAL CREATINE PATENT COMPANY, LTD., | Scott Chambers |
| | James Lewis |
| Plaintiff, | |
| v. | |
| DYMATIZE ENTERPRISE, INC., | Casey Griffith |
| Defendant. | |

_____

### COURTROOM MINUTES
_____

**Motions Hearing**

**2:01 p.m.      Court in session.**

Court's preliminary remarks and questions.

Mr. Griffith states the Court is correct that the defendant is not claiming an on sale bar.
Mr. Chambers states plaintiff's position is that the preamble limits the claim.

2:04 p.m.      Argument by Mr. Griffith (Doc. 16).
2:28 p.m.      Argument by Mr. Chambers.
2:54 p.m.      Rebuttal argument by Mr. Griffith.

3:04 p.m.      Further argument by Mr. Chambers.

**ORDERED:**   Defendant has twenty days (January 29, 2007) to file its supplement regarding the date and nature of the copyright index and freeze drying references.
Plaintiff has twenty days (February 20, 2007) thereafter to file a response.

**ORDERED:**   Defendant Dymatize Enterprise, Inc.'s Motion for Summary Judgment of Invalidity, filed December 22, 2005 (Doc. 16), is taken under advisement.

**3:06 p.m.      Court in recess.**  Hearing concluded.  Total time in court: 1 hr. 5 min.