IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-02652-RPM

THE ORIGINAL CREATINE PATENT COMPANY, LTD.,

    Plaintiff,

vs.

DYMATIZE ENTERPRISES, INC.

    Defendant.

## ORDER FOR HEARING

A hearing will be held on the plaintiff's motion for partial summary judgment on the issue of infringement of U.S. Patent No. 5,767,159 and the defendant's motion for partial summary judgment of non-infringement on May 21, 2007, at 10:00 a.m., in Courtroom A, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel should be prepared to discuss *DSU Med. Corp. v. JMS Co.,* 471 F.3d 1293 (Fed. Cir. 2006).

Dated: April 27, 2007

                                          BY THE COURT:

                                          s/ Richard P. Matsch

                                          Richard P. Matsch, Senior District Judge