**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                     May 21, 2007
Courtroom Deputy:  J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 04-cv-02652-RPM

THE ORIGINAL CREATINE PATENT COMPANY, LTD.,           Scott Chambers

     Plaintiff,

v.

DYMATIZE ENTERPRISE, INC.,                                            Casey Griffith

     Defendant.
_____

### COURTROOM MINUTES
_____

**Motions Hearing**

**10:00 a.m.     Court in session.**

Court's preliminary remarks.

10:01 a.m.     Argument by Mr. Chambers.

Mr. Chambers states plaintiff is seeking an injunction and reasonable royalty.

10:17 a.m.     Argument by Mr. Griffith.

Discussion regarding status of related litigation.
Counsel state no other cases have gone to trial.

**ORDERED:**     Defendant Dymatize Enterprise, Inc.'s Motion for Summary Judgment of Invalidity, filed December 22, 2005 [16], is denied.

**ORDERED:**     The Original Creatine Patent Company, Ltd's Motion for Partial Summary Judgment on the Issue of Infringement, of Patent No. 5,767,159, filed February 10, 2006 (Doc. 20), is denied.

**ORDERED:**     Defendant Dymatize Enterprise, Inc.'s Motion for Partial Summary Judgment of Non-Infringement, filed February 10, 2006 (Doc. 22), is denied.

**ORDERED:**     Motions for limited discovery is permitted.

**ORDERED:**     Pretrial conference scheduled August 3, 2007 at 2:00 p.m.

**ORDERED:**     Injunctive relief will be an issue for the Court to determine.

**10:35 a.m.     Court in recess.**  Hearing concluded.  Total time in court: 35 min.