## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

THE ORIGINAL CREATINE
  PATENT COMPANY, LTD.,

           Plaintiff

v.                                          Civil Action No. 04-cv-02652-RPM

DYMATIZE ENTERPRISES, INC.,

           Defendant.

## ORDER

THIS MATTER, having come before the Court upon Plaintiff's and Defendant's JOINT MOTION TO VACATE AND RESCHEDULE FINAL PRETRIAL CONFERENCE, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that:

Plaintiff's and Defendant's Joint Motion to Vacate and Reschedule Final Pretrial Conference is GRANTED. It is FURTHER ORDERED that the parties shall file a Final Pretrial Order on or before **August 8th, 2007**. It is FURTHER ORDERED that the Pretrial Conference set for August 3rd, 2007 at 2:00 p.m. is vacated and rescheduled to **August 15th, 2007 at 2:00 p.m.**

Dated this 1st day of August, 2007.

                                                      BY THE COURT

                                                      s/ Richard P. Matsch
                                                      _____
                                                      Richard P. Matsch
                                                      Senior District Judge