**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

THE ORIGINAL CREATINE
  PATENT COMPANY, LTD.,

        Plaintiff

v.                                                                              Civil Action No. 04-cv-2652-RPM

DYMATIZE ENTERPRISES, INC.,

        Defendant.

_____

**ORDER**
_____

THIS MATTER, having come before the Court upon the Second Joint Motion to Vacate and Reschedule Final Pretrial Conference, and the Court being fully advised of the premises,

IT IS HEREBY ORDERED that:

The Second Joint Motion to Vacate and Reschedule Final Pretrial Conference is GRANTED and the conference is rescheduled for **August 28, 2007, at 2:00 p.m.**.

Dated this 13th day of August, 2007.

                                          BY THE COURT

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch
                                          U.S. District Court Judge

260945