FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 28 2007

GREGORY C. LANGHAM
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

THE ORIGINAL CREATINE )
PATENT COMPANY, LTD., )
)
Plaintiff, )
)
v. ) Civil Action No. 1:04-cv-02652
)
DYMATIZE ENTERPRISES, INC., )
)
Defendant. )

### STIPULATED ORDER OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41, it is hereby stipulated by the parties, subject to the approval of the Court, that this action, is dismissed subject to the terms of the Settlement and License Agreement executed on August 25, 2007.

PATTON BOGGS LLP

_____
James K. Lewis
1801 California St., Ste. 4900
Denver, CO 80202
303-894-6100

Attorneys for Plaintiff
The Original Creatine Patent Company, Ltd.

CARSTENS & CAHOON LLP

_____
Casey L. Griffith
13760 Noel Rd., Ste. 900
Dallas, Texas 75240
972-367-2001

Attorneys for Defendant
Dymatize Enterprises, Inc.

SO ORDERED:

Dated: August 28, 2007

_____
United States District Judge Richard Matsch

261790